IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-251-RJC-DCK

| | |
|---|---|
| GARNELL CARTER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| PROSPECT AIRPORT SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by James E. Hairston, concerning Maxie Broome, Jr. on May 4, 2020. Maxie Broome, Jr. seeks to appear as counsel *pro hac vice* for Plaintiff Garnell Carter. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Maxie Broome, Jr. is hereby admitted *pro hac vice* to represent Plaintiff Garnell Carter.

Signed: May 5, 2020

David C. Keesler
United States Magistrate Judge