**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-251-RJC-DCK**

| | | |
|---|---|---|
| **GARNELL CARTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PROSPECT AIRPORT SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Stay Case Deadlines Pending Substitution of Party Following Death of Plaintiff Garnell Carter" (Document 24) filed on December 30, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion to Stay Case Deadlines Pending Substitution of Party Following Death of Plaintiff Garnell Carter" (Document 24) is **GRANTED**. All existing case deadlines are hereby **STAYED**. The parties, including any party seeking to be substituted for Plaintiff, shall file a Status Report on or before **March 17, 2021**.

**SO ORDERED.**

Signed: January 4, 2021

David C. Keesler
United States Magistrate Judge